# Supreme Court of Kentucky

## 2024-SC-0022-T

COMMONWEALTH OF KENTUCKY, EX
REL. ATTORNEY GENERAL RUSSELL
COLEMAN

MOVANT

ON MOTION TO TRANSFER
V.          COURT OF APPEALS NO. 2024-CA-0051
FRANKLIN CIRCUIT COURT NO. 23-CI-00020

COUNCIL FOR BETTER EDUCATION,
INC.; DAYTON INDEPENDENT BOARD
OF EDUCATION; JEFFERSON
COUNTY BOARD OF EDUCATION;
KENTUCKY BOARD OF EDUCATION;
ROBIN FIELDS KINNEY, IN HER
OFFICIAL CAPACITY AS INTERIM
COMMISSIONER OF THE KENTUCKY
DEPARTMENT OF EDUCATION; GUS
LAFONTAINE; AND SHARON PORTER
ROBINSON, IN HER OFFICIAL
CAPACITY AS CHAIR OF THE
KENTUCKY BOARD OF EDUCATION

RESPONDENTS

AND

## 2024-SC-0024-T

GUS LAFONTAINE

MOVANT

ON MOTION TO TRANSFER
V.          COURT OF APPEALS NO. 2024-CA-0064
FRANKLIN CIRCUIT COURT NO. 23-CI-00020

COUNCIL FOR BETTER EDUCATION,                                    RESPONDENTS
INC.; COMMONWEALTH OF
KENTUCKY, EX REL. ATTORNEY
GENERAL RUSSELL COLEMAN;
DAYTON INDEPENDENT BOARD OF
EDUCATION; JEFFERSON COUNTY
BOARD OF EDUCATION; KENTUCKY
BOARD OF EDUCATION; ROBIN
FIELDS KINNEY, IN HER OFFICIAL
CAPACITY AS INTERIM
COMMISSIONER OF THE KENTUCKY
DEPARTMENT OF EDUCATION; AND
SHARON PORTER ROBINSON, IN HER
OFFICIAL CAPACITY AS CHAIR OF
THE KENTUCKY BOARD OF
EDUCATION

## ORDER GRANTING TRANSFER

The Motions to Transfer filed by Commonwealth of Kentucky *ex rel.*

Attorney General Russell Coleman and Gus LaFontaine are GRANTED.

All sitting.  All concur.

ENTERED: April 18, 2024.

_____
CHIEF JUSTICE